No. 73–5241. AIKENS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–5243. ANDERSON *v.* FRODERMAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 72–1511. DICKINSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motions to dispense with printing *amici curiae* briefs of National Association of Broadcasters and Reporters Committee for Freedom of the Press denied. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1543. DRUMGO *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF MARIN ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1684. SCHU *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–107. MANUSZAK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–244. MAIN LINE BOARD OF REALTORS ET AL. *v.* COLLINS ET AL. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–248. MCCORD ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–5080. LEGATO *v.* UNITED STATES; and
No. 73–5090. MIGDALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 480 F. 2d 408.